IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS          :    CONSOLIDATED UNDER MDL 875
LIABILITY LITIGATION (No. VI) :
                                  :
VARIOUS PLAINTIFFS                :
                        FILED     :
    v.                            :
                                  :    Certain cases wherein
                                  :    Plaintiff is Represented
                                  :    by Cascino Vaughan Law
VARIOUS DEFENDANTS                :    Offices, listed in this Order
                                  :    and in attached Exhibits
                                  :

**O R D E R**

  **AND NOW,** this **14th** day of **November, 2011,** it is hereby

**ORDERED** that:

  1. Defendants' Motion to Dismiss for Failure to Submit

an X-ray to the **IKON** depository is **GRANTED** in part as to the

following cases, Plaintiff's Motion for Extension of Time is

**DENIED** and the following cases are hereby **DISMISSED** and shall be

marked **CLOSED:**

    a. Glenn Aberle, 08-91650

    b. James Bement, 10-67615

    c. Paul Crain, 08-89841

    d. Larry Fonner, 08-92222

    e. Louis Fraboni, 08-91671

    f. Ben Gabbard, 08-92151

    g. Robert Garecht, 08-92134

1

        h.   John Hill,     10-64557

        i.   Michael Holden, 08-92154

        j.   Richard Horn,   10-68096

        k.   Adam Hoskins,   08-89474

        l.   Gerald Hyland,    08-91862

        m.   Joseph Palsgrove,   08-89373

        n.   Gary Rienhardt,    08-92131

2.  Defendants' Motion to Dismiss for Failure to Submit an X-ray to the **IKON** depository is **GRANTED** in the following cases, and the following cases are hereby **DISMISSED** and shall be marked **CLOSED**:

        a.   Hill,     10-64557

        b.   Holden,    08-92154

        c.   Horn,     10-68096

3.  Defendants' Motion to Dismiss for Failure to Submit an X-ray to the **IKON** depository is **DENIED** in the following cases:

        a.   Beach,    10-68142

        b.   La Hood,   10-68131

3.  Defendants' Motion to Dismiss for Cases Relying on N & M X-Rays in the following cases is **GRANTED** and the following cases are hereby **DISMISSED** and shall be marked **CLOSED**:

        a.   Delmar,    08-92187

        b.   Craven,    10-67678

        c.   Gard,     10-67613

       d.  Grier,          08-91657

       e.  Marcogliese,   08-89497

       f.  Potts,          08-91872

4. Defendants' Motion to Dismiss for failure to submit any Administrative Order 12 Submission is **GRANTED** and the following cases are hereby **DISMISSED** with prejudice and shall be marked **CLOSED**:

       a.  Hart,     08-91674

       b.  Matheney,  08-91955

       c.  Pittman,  08-89441

       d.  Reinoehl, 08-89460

5. Defendants' Motion to Dismiss for failure to provide a sufficient AO 12 report with respect to exposure history are **GRANTED**, and the cases listed in Exhibit "A," attached, are hereby **DISMISSED** and shall be marked **CLOSED**.

6. Defendants' Motion to Dismiss for failure to show impairment are **GRANTED** and the cases listed in Exhibit "B" are **DISMISSED** without prejudice and shall be marked **CLOSED**.


**IT IS SO ORDERED**.

**Eduardo C. Robreno, J.**

3

Exhibit A

| LAST | FIRST | STATE | DISTRICT | LOCAL CASE | PA-ED CASE | DEFENDANTS PER GVLO (05-05-1) LIST |
|------|-------|-------|----------|------------|------------|-------------------------------------|
| ALSENE | DELMAR | IL | CENTRAL | 00-1011 | 08-CV-92187 | A.W. CHESTERTON COMPANY; BAYER CROP SCIENCE, INC., AS SUCCESSOR TO RHONE-POULENC AG COMPANY INC. & BENJAMIN-FOSTER, INC.; GENERAL REFRACTORIES COMPANY; GEORGIA PACIFIC CORPORATION; GOODRICH CORPORATION; I U NORTH AMERICA INCORPORATED; MAREMONT CORPORATION; NOSROC CORPORATION; OWENS ILLINOIS INCORPORATED; RAPID AMERICAN CORPORATION; UNION CARBIDE CORPORATION; WESTINGHOUSE ELECTRIC COMPANY |
| BUCHANAN | MICHAEL | IL | CENTRAL | 97-3271 | 10-CV-68074 | GENERAL REFRACTORIES COMPANY; GEORGIA PACIFIC CORPORATION; JP BUSHNELL PACKING & SUPPLY CO.; RAPID AMERICAN CORPORATION; WESTINGHOUSE ELECTRIC COMPANY |
| COHEN | RONALD | IN | SOUTHERN | 00-0024 | 09-CV-64755 | BAYER CROP SCIENCE, INC., AS SUCCESSOR TO RHONE-POULENC AG COMPANY INC. & BENJAMIN-FOSTER, INC.; GENERAL ELECTRIC CORPORATION; GENERAL REFRACTORIES COMPANY; GEORGIA PACIFIC CORPORATION; I U NORTH AMERICA INCORPORATED; NOSROC CORPORATION; RAPID AMERICAN CORPORATION; UNION CARBIDE CORPORATION |
| CRAVEN | JOHN | IN | NORTHERN | 00-0042 | 10-CV-67678 | ANACONDA STEEL & WIRE COMPANY; BAYER CROP SCIENCE, INC., AS SUCCESSOR TO RHONE-POULENC AG COMPANY INC. & BENJAMIN-FOSTER, INC.; GENERAL REFRACTORIES COMPANY; GEORGIA PACIFIC CORPORATION; I U NORTH AMERICA INCORPORATED; NOSROC CORPORATION; OKONITE INCORPORATED; OWENS ILLINOIS INCORPORATED; RAPID AMERICAN CORPORATION; ROCKBESTOS; UNION CARBIDE CORPORATION; WESTINGHOUSE ELECTRIC COMPANY |
| CRIPE | GEORGE | IL | CENTRAL | 00-2161 | 08-CV-91940 | BAYER CROP SCIENCE, INC., AS SUCCESSOR TO RHONE-POULENC AG COMPANY INC. & BENJAMIN-FOSTER, INC.; GENERAL ELECTRIC CORPORATION; |

| | | | | | | MAREMONT CORPORATION; NOSROC CORPORATION; OKONITE INCORPORATED; OWENS ILLINOIS INCORPORATED; RAPID AMERICAN CORPORATION; ROCKBESTOS; THERMO ELECTRIC COMPANY INCORPORATED; WESTINGHOUSE ELECTRIC COMPANY |
| DUBOIS | CHARLES | IL | CENTRAL | 97-2137 | 08-CV-92119 | GENERAL REFRACTORIES COMPANY; GEORGIA PACIFIC CORPORATION; RAPID AMERICAN CORPORATION; WESTINGHOUSE ELECTRIC COMPANY |
| GABBARD | ROBERT | IL | CENTRAL | 99-2140 | 08-CV-92145 | BAYER CROP SCIENCE, INC., AS SUCCESSOR TO RHONE-POULENC AG COMPANY INC. & BENJAMIN-FOSTER, INC.; GENERAL REFRACTORIES COMPANY; GEORGIA PACIFIC CORPORATION; I U NORTH AMERICA INCORPORATED; MAREMONT CORPORATION; NOSROC CORPORATION; RAPID AMERICAN CORPORATION; WESTINGHOUSE ELECTRIC COMPANY |
| HELFERS | CARL | IL | CENTRAL | 00-1234 | 08-CV-92196 | A.W. CHESTERTON COMPANY; BAYER CROP SCIENCE, INC., AS SUCCESSOR TO RHONE-POULENC AG COMPANY INC. & BENJAMIN-FOSTER, INC.; GENERAL ELECTRIC CORPORATION; GENERAL REFRACTORIES COMPANY; I U NORTH AMERICA INCORPORATED; MAREMONT CORPORATION; OWENS ILLINOIS INCORPORATED; RAPID AMERICAN CORPORATION; WESTINGHOUSE ELECTRIC COMPANY |
| HOLDEN | MICHAEL | IL | CENTRAL | 00-2125 | 08-CV-92154 | BAYER CROP SCIENCE, INC., AS SUCCESSOR TO RHONE-POULENC AG COMPANY INC. & BENJAMIN-FOSTER, INC.; GENERAL REFRACTORIES CORPORATION; GENERAL REFRACTORIES COMPANY; I U NORTH AMERICA INCORPORATED; MAREMONT CORPORATION; NOSROC CORPORATION; OWENS ILLINOIS INCORPORATED; RAPID AMERICAN CORPORATION; WESTINGHOUSE ELECTRIC COMPANY |
| HYLAND | GERALD | IL | CENTRAL | 99-3153 | 08-CV-91862 | ANACONDA STEEL & WIRE COMPANY; BAYER CROP SCIENCE, INC., AS SUCCESSOR TO RHONE-POULENC AG COMPANY INC. & BENJAMIN-FOSTER, INC.; GENERAL REFRACTORIES COMPANY; GEORGIA PACIFIC CORPORATION; I U NORTH AMERICA INCORPORATED; MAREMONT CORPORATION; NOSROC CORPORATION; RAPID AMERICAN CORPORATION; ROCKBESTOS; THERMO ELECTRIC COMPANY INCORPORATED; UNION CARBIDE CORPORATION; WESTINGHOUSE ELECTRIC COMPANY |
| LA HOOD | HARRY | IL | CENTRAL | 97-1128 | 10-CV-68131 | CSR LTD.; GENERAL REFRACTORIES COMPANY; GEORGIA PACIFIC CORPORATION; MINNESOTA MINING |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | & MANUFACTURING COMPANY; OKONITE INCORPORATED; RAPID AMERICAN CORPORATION; ROCKBESTOS; WESTINGHOUSE ELECTRIC COMPANY |
| LOWER | GARRY | IL | CENTRAL | 97-1238 | 10-CV-68129 | GEORGIA PACIFIC CORPORATION; RAPID AMERICAN CORPORATION; WESTINGHOUSE ELECTRIC COMPANY |
| MARCOGLIESE | FRANK | IL | SOUTHERN | 00-0009 | 08-CV-89497 | BAYER CROP SCIENCE, INC., AS SUCCESSOR TO RHONE-POULENC AG COMPANY INC. & BENJAMIN-FOSTER, INC.; GENERAL ELECTRIC CORPORATION; GENERAL REFRACTORIES COMPANY; GEORGIA PACIFIC CORPORATION; I U NORTH AMERICA INCORPORATED; MAREMONT CORPORATION; NOSROC CORPORATION; OWENS ILLINOIS INCORPORATED; RAPID AMERICAN CORPORATION; WESTINGHOUSE ELECTRIC COMPANY |
| MORR | LEE | IL | CENTRAL | 00-2049 | 08-CV-92152 | A.W. CHESTERTON COMPANY; BAYER CROP SCIENCE, INC., AS SUCCESSOR TO RHONE-POULENC AG COMPANY INC. & BENJAMIN-FOSTER, INC.; GENERAL ELECTRIC CORPORATION; GENERAL REFRACTORIES COMPANY; GEORGIA PACIFIC CORPORATION; GOODRICH CORPORATION; I U NORTH AMERICA INCORPORATED; MAREMONT CORPORATION; NOSROC CORPORATION; RAPID AMERICAN CORPORATION; UNION CARBIDE CORPORATION |
| POE | RICHARD | IL | CENTRAL | 98-2251 | 10-CV-68107 | GENERAL REFRACTORIES COMPANY; GEORGIA PACIFIC CORPORATION; RAPID AMERICAN CORPORATION; WESTINGHOUSE ELECTRIC COMPANY |
| RASNER | DONALD | IL | CENTRAL | 00-2005 | 08-CV-92143 | A.W. CHESTERTON COMPANY; BAYER CROP SCIENCE, INC., AS SUCCESSOR TO RHONE-POULENC AG COMPANY INC. & BENJAMIN-FOSTER, INC.; GENERAL REFRACTORIES COMPANY; GEORGIA PACIFIC CORPORATION; I U NORTH AMERICA INCORPORATED; MAREMONT CORPORATION; NATIONAL SERVICES INDUSTRIES INCORPORATED; NOSROC CORPORATION; OWENS ILLINOIS INCORPORATED; RAPID AMERICAN CORPORATION; UNION CARBIDE CORPORATION; WESTINGHOUSE ELECTRIC COMPANY |
| ROGERS | JOHN | IL | CENTRAL | 99-1204 | 08-CV-92167 | A.W. CHESTERTON COMPANY; AIRCO THE BOC GROUP; BAYER CROP SCIENCE, INC., AS SUCCESSOR TO RHONE-POULENC AG COMPANY INC. & BENJAMIN-FOSTER, INC.; CERTAINTEED CORPORATION; GENERAL ELECTRIC CORPORATION; GENERAL REFRACTORIES COMPANY; GEORGIA PACIFIC CORPORATION; I U NORTH AMERICA INCORPORATED; LINCOLN ELECTRIC COMPANY; MAREMONT |

3

| | | | | | | CORPORATION; NOSROC CORPORATION; RAPID AMERICAN CORPORATION; UNION CARBIDE CORPORATION; WESTINGHOUSE ELECTRIC COMPANY |
|---|---|---|---|---|---|---|
| SPRAGUE | BILLY | IL | NORTHERN | 00-3587 | 08-CV-90112 | GENERAL ELECTRIC CORPORATION; GENERAL REFRACTORIES COMPANY; GEORGIA PACIFIC CORPORATION; I U NORTH AMERICA INCORPORATED; MAREMONT CORPORATION; NOSROC CORPORATION; OWENS ILLINOIS INCORPORATED; RAPID AMERICAN CORPORATION; WESTINGHOUSE ELECTRIC COMPANY |
| THURMAN | ERNEST | IL | CENTRAL | 00-1012 | 08-CV-92188 | BAYER CROP SCIENCE, INC., AS SUCCESSOR TO RHONE-POULENC AG COMPANY INC. & BENJAMIN-FOSTER, INC.; GENERAL REFRACTORIES COMPANY; GEORGIA PACIFIC CORPORATION; I U NORTH AMERICA INCORPORATED; MAREMONT CORPORATION; METROPOLITAN LIFE INSURANCE COMPANY; MINNESOTA MINING & MANUFACTURING COMPANY; NATIONAL SERVICES INDUSTRIES INCORPORATED; NOSROC CORPORATION; RAPID AMERICAN CORPORATION; UNION CARBIDE CORPORATION; WESTINGHOUSE ELECTRIC COMPANY |

Exhibit B

| LAST | FIRST | STATE | DISTRICT | LOCAL CASE | PA-ED CASE | DEFENDANTS PER CVLO (05-05-11 LIST) |
|------|-------|-------|----------|------------|------------|--------------------------------------|
| | | | | | | CROWN CORK & SEAL COMPANY INCORPORATED; GENERAL REFRACTORIES COMPANY; GEORGIA PACIFIC CORPORATION; MINNESOTA MINING & MANUFACTURING COMPANY; RAPID AMERICAN CORPORATION; WESTINGHOUSE ELECTRIC COMPANY |
| | | | | | | GENERAL REFRACTORIES COMPANY; GEORGIA PACIFIC CORPORATION; METROPOLITAN LIFE INSURANCE COMPANY; RAPID AMERICAN CORPORATION; WESTINGHOUSE ELECTRIC COMPANY |
| CHAVEZ | RICHARD | IL | NORTHERN | 99-50211 | 08-CV-90342 | A.W. CHESTERTON COMPANY; AIRCO THE BOC GROUP; BAYER CROP SCIENCE, INC., AS SUCCESSOR TO RHONE-POULENC AG COMPANY INC. & BENJAMIN-FOSTER, INC.; CSR LTD.; EMPIRE ACE MANUFACTURING & INSULATION COMPANY; GENERAL REFRACTORIES COMPANY; GEORGIA PACIFIC CORPORATION; I U NORTH AMERICA INCORPORATED; JP BUSHNELL PACKING & SUPPLY CO.; LINCOLN ELECTRIC COMPANY; MAREMONT CORPORATION; METROPOLITAN LIFE INSURANCE COMPANY; NOSROC CORPORATION; RAPID AMERICAN CORPORATION; WESTINGHOUSE ELECTRIC COMPANY |
| | | | | | | WESTINGHOUSE ELECTRIC COMPANY |
| CRADDOCK | JOHN | IL | CENTRAL | 00-2023 | 10-CV-68114 | BAYER CROP SCIENCE, INC., AS SUCCESSOR TO RHONE-POULENC AG COMPANY INC. & BENJAMIN-FOSTER, INC.; GENERAL REFRACTORIES COMPANY; GEORGIA PACIFIC CORPORATION; I U NORTH AMERICA INCORPORATED; MAREMONT CORPORATION; NOSROC CORPORATION; RAPID AMERICAN CORPORATION; WESTINGHOUSE ELECTRIC COMPANY |
| DARLING | WILLIAM | IL | CENTRAL | 94-2236 | 08-CV-92236 | A.W. CHESTERTON COMPANY; WESTINGHOUSE ELECTRIC COMPANY |
| DAVIS | EDGAR | IL | CENTRAL | 00-1407 | 08-CV-92201 | BAYER CROP SCIENCE, INC., AS SUCCESSOR TO RHONE-POULENC AG COMPANY INC. & BENJAMIN- |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | FOSTER, INC.; GENERAL ELECTRIC CORPORATION; GENERAL REFRACTORIES COMPANY; GEORGIA PACIFIC CORPORATION; I U NORTH AMERICA INCORPORATED; MAREMONT CORPORATION; NOSROC CORPORATION; RAPID AMERICAN CORPORATION; WESTINGHOUSE ELECTRIC COMPANY |
| DEAVILLE | KENNETH | IL | CENTRAL | 96-2068 | 08-CV-92064 | GENERAL REFRACTORIES COMPANY; GEORGIA PACIFIC CORPORATION; RAPID AMERICAN CORPORATION; WESTINGHOUSE ELECTRIC COMPANY |
| EBERT | MICHAEL | IL | SOUTHERN | 96-4090 | 08-CV-89432 | BAYER CROP SCIENCE, INC., AS SUCCESSOR TO RHONE-POULENC AG COMPANY INC. & BENJAMIN-FOSTER, INC.; GENERAL REFRACTORIES COMPANY; GEORGIA PACIFIC CORPORATION; RAPID AMERICAN CORPORATION; WESTINGHOUSE ELECTRIC COMPANY |
| EDBROOKE | RICHARD | IL | CENTRAL | 94-2260 | 08-CV-92254 | WESTINGHOUSE ELECTRIC COMPANY |
| | | | | | | WESTINGHOUSE ELECTRIC COMPANY |
| FRABONI | LOUIS | IL | CENTRAL | 93-1434 | 08-CV-91671 | ANACONDA STEEL & WIRE COMPANY; OKONITE INCORPORATED; ROCKBESTOS; THERMO ELECTRIC COMPANY INCORPORATED; UNIROYAL INC.; WESTINGHOUSE ELECTRIC COMPANY |
| | | | | | | BAYER CROP SCIENCE, INC., AS SUCCESSOR TO RHONE-POULENC AG COMPANY INC. & BENJAMIN-FOSTER, INC.; WESTINGHOUSE ELECTRIC COMPANY |
| HAMANN | KENNETH | IL | CENTRAL | 00-1004 | 08-CV-92181 | A.W. CHESTERTON COMPANY; BAYER CROP SCIENCE, INC., AS SUCCESSOR TO RHONE-POULENC AG COMPANY INC. & BENJAMIN-FOSTER, INC.; GENERAL REFRACTORIES COMPANY; GEORGIA PACIFIC CORPORATION; I U NORTH AMERICA INCORPORATED; MAREMONT CORPORATION; NOSROC CORPORATION; RAPID AMERICAN CORPORATION; WESTINGHOUSE ELECTRIC COMPANY |
| HESS | ROY | IL | CENTRAL | 00-1003 | 08-CV-92180 | BAYER CROP SCIENCE, INC., AS SUCCESSOR TO RHONE-POULENC AG COMPANY INC. & BENJAMIN-FOSTER, INC.; GENERAL REFRACTORIES COMPANY; GEORGIA PACIFIC CORPORATION; I U NORTH AMERICA INCORPORATED; MAREMONT CORPORATION; NATIONAL SERVICES INDUSTRIES INCORPORATED; NOSROC CORPORATION; OWENS ILLINOIS INCORPORATED; RAPID AMERICAN CORPORATION; WESTINGHOUSE ELECTRIC COMPANY |

| | | | | | | |
|---|---|---|---|---|---|---|
| HILL | JOHN | IL | SOUTHERN | 97-4209 | 10-CV-64557 | GENERAL ELECTRIC CORPORATION; GENERAL REFRACTORIES COMPANY; GEORGIA PACIFIC CORPORATION; JP BUSHNELL PACKING & SUPPLY CO.; MINNESOTA MINING & MANUFACTURING COMPANY; RAPID AMERICAN CORPORATION; WESTINGHOUSE ELECTRIC COMPANY |
| | | | | | ----- | GENERAL REFRACTORIES COMPANY; RAPID AMERICAN CORPORATION; WESTINGHOUSE ELECTRIC COMPANY |
| HORN | RICHARD | IL | CENTRAL | 95-2050 | 10-CV-68096 | A.W. CHESTERTON COMPANY; GENERAL REFRACTORIES COMPANY; GEORGIA PACIFIC CORPORATION; WESTINGHOUSE ELECTRIC COMPANY |
| HUBERT | WILLIAM | IL | CENTRAL | 96-2073 | 08-CV-92068 | GENERAL REFRACTORIES COMPANY; GEORGIA PACIFIC CORPORATION; RAPID AMERICAN CORPORATION; WESTINGHOUSE ELECTRIC COMPANY |
| JENNINGS | BILLY | IL | CENTRAL | 96-1152 | 08-CV-91757 | GENERAL REFRACTORIES COMPANY; GEORGIA PACIFIC CORPORATION; METROPOLITAN LIFE INSURANCE COMPANY; RAPID AMERICAN CORPORATION; WESTINGHOUSE ELECTRIC COMPANY |
| JINDRESEK | WALTER | IL | CENTRAL | 96-3091 | 08-CV-91858 | GEORGIA PACIFIC CORPORATION; RAPID AMERICAN CORPORATION; WESTINGHOUSE ELECTRIC COMPANY |
| | | | | | | 'VESTINGHOUSE ELECTRIC COMPANY |
| | | | | — | | L INC.; WESTINGHOUSE ELECTRIC COMPANY |
| KITTLESON | ALFRED | IL | CENTRAL | 96-4028 | 08-CV-91887 | GENERAL REFRACTORIES COMPANY; GEORGIA PACIFIC CORPORATION; RAPID AMERICAN CORPORATION; WESTINGHOUSE ELECTRIC COMPANY |
| KNAPP | JIMMY | IL | CENTRAL | 97-1018 | 08-CV-91763 | GENERAL REFRACTORIES COMPANY; GEORGIA PACIFIC CORPORATION; RAPID AMERICAN CORPORATION; WESTINGHOUSE ELECTRIC COMPANY |
| MEISCHNER | LEONARD | IL | CENTRAL | 96-1153 | 08-CV-91758 | GENERAL REFRACTORIES COMPANY; GEORGIA PACIFIC CORPORATION; RAPID AMERICAN CORPORATION; WESTINGHOUSE ELECTRIC COMPANY |
| | | | | | | GENERAL REFRACTORIES COMPANY; GEORGIA PACIFIC CORPORATION; METROPOLITAN LIFE INSURANCE COMPANY; RAPID AMERICAN CORPORATION; WESTINGHOUSE ELECTRIC COMPANY |
| | | | | | | A.W. CHESTERTON COMPANY; GENERAL REFRACTORIES COMPANY; GEORGIA PACIFIC CORPORATION; WESTINGHOUSE ELECTRIC COMPANY |
| POWELL | THOMAS | IL | CENTRAL | 96-4026 | 08-CV-91885 | GENERAL REFRACTORIES COMPANY; GEORGIA PACIFIC CORPORATION; RAPID AMERICAN CORPORATION; WESTINGHOUSE ELECTRIC COMPANY |

| | | | | | | |
|---|---|---|---|---|---|---|
| SCHUCK | WALTER | IL | CENTRAL | 01-1048 | 08-CV-92205 | ANACONDA STEEL & WIRE COMPANY; BAYER CROP SCIENCE, INC., AS SUCCESSOR TO RHONE-POULENC AG COMPANY INC. & BENJAMIN-FOSTER, INC.; DOSSERT CORPORATION; GENERAL ELECTRIC CORPORATION; GENERAL REFRACTORIES COMPANY; MAREMONT CORPORATION; METROPOLITAN LIFE INSURANCE COMPANY; OKONITE INCORPORATED; OWENS ILLINOIS INCORPORATED; RAPID AMERICAN CORPORATION; THERMO ELECTRIC COMPANY INCORPORATED |
| SEIFERT | WILLIAM | IL | CENTRAL | 99-1289 | 08-CV-92171 | BAYER CROP SCIENCE, INC., AS SUCCESSOR TO RHONE-POULENC AG COMPANY INC. & BENJAMIN-FOSTER, INC.; GENERAL REFRACTORIES COMPANY; GEORGIA PACIFIC CORPORATION; I U NORTH AMERICA INCORPORATED; MAREMONT CORPORATION; NOSROC CORPORATION; RAPID AMERICAN CORPORATION; WESTINGHOUSE ELECTRIC COMPANY |
| | | | | | | USE ELECTRIC COMPANY |
| WESLEY | KEITH | IL | SOUTHERN | 97-4216 | 10-CV-64570 | GENERAL REFRACTORIES COMPANY; GEORGIA PACIFIC CORPORATION; OKONITE INCORPORATED; RAPID AMERICAN CORPORATION; ROCKBESTOS; WESTINGHOUSE ELECTRIC COMPANY |
| WILLIAMS | LLOYD | IL | CENTRAL | 91-1378 | 08-CV-91588 | A.W. CHESTERTON COMPANY; ROCKBESTOS; SPRINKMANN SONS CORPORATION |
| | | | | | | GENERAL REFRACTORIES COMPANY; GEORGIA PACIFIC CORPORATION; RAPID AMERICAN CORPORATION; WESTINGHOUSE ELECTRIC COMPANY |
| WORKMAN | JOHN | IL | CENTRAL | 97-3026 | 10-CV-68071 | GENERAL REFRACTORIES COMPANY; GEORGIA PACIFIC CORPORATION; OKONITE INCORPORATED; RAPID AMERICAN CORPORATION; ROCKBESTOS; WESTINGHOUSE ELECTRIC COMPANY |

**MAILED:**

| | | |
|---|---|---|
| ANDREW CROSS | JAMES CARTER | MAUREEN KELLY |
| ANDREW SLONIEWSKY | JAMES FIEWEGER | MAUREEN MUNRO |
| ANNE STINNEFORD | JAMES HAFELE | MELISSA SKILKEN |
| BARBARA ARISON | JAMES SNYDER | MICHAEL GLACKIN |
| BART SULLIVAN | JAMES TOOHEY | MICHAEL KAEDING |
| BEAU SEFTON | JAMES WHEELER | MICHAEL KOKAL |
| BEVERLY GARNER | JAN DODD | MICHAEL O'ROURKE |
| BILLEE LIGHTVOET | JEFFERY MATTHEWS | MICHAEL POWELL |
| BRIAN EBENER | JEFFREY MCKEAN | MURRAY ABOWITZ |
| BRIAN FIELDS | JEFFREY REEL | NEIL SOLOMON |
| BRIAN PLEGGE | JEFFREY ZIPES | NICOLE BEHNEN |
| BRUCE KAMPLAIN | JENNIFER JOHNSON | P. CREBS |
| C. DUCEY | JENNIFER JOHNSTON | PATRICIA MCCARTHY |
| CAROL TATE | JENNIFER SEIDLER | PATRICK REILLY |
| CHARLES SCHIERER | JERROD BARENBAUM | PETER CARLSON |
| CLARKE GILLESPIE | JOEL POOLE | RICHARD CHAPIN |
| CORNELIUS DUCEY | JOHN DAMES | RICHARD RETTBERG |
| CRAIG LILJESTRAN | JOHN DIXON | RICHARD STEINKEN |
| DANIEL CHEELY | JOHN NOLAN | ROBERT O'MALLEY |
| DANIEL FARROLL | JOHN O'SULLIVAN | ROBERT SANDS |
| DANIEL OVERBEY | JOSEPH ALBERTS | ROBERT SHUFTAN |
| DAVID MUELLER | JOSEPH LAMPO | ROSEANNE LOFTUS |
| DAVID ROLF | JOSEPH O'HARA | RUSSELL HOOVER |
| DEAN PANOS | JOSEPH SHANNON | SEAN MACK |
| DEBORAH SOLMOR | JOSEPH STALMACK | STACEY SENECZKO |
| DEMARCUS GORDON | JOSHUA MURPHY | STEPHANIE SCHARF |
| DENIS RISCHARD | KELLY MCCLOSKEY | STEPHEN KAUFMANN |
| DENNIS DOBBELS | KENNETH GORENBERG | STEPHEN MAASSEN |
| DENNIS GRABER | KEVIN REID | STEVEN SANDERS |
| DEREK SMITH | KRISTANN PITASKUL | SUSAN GUNTY |
| DEVLIN SCHOOP | KRISTIN ACHTERHOF | THOMAS ORRIS |
| DONALD WARD | KRISTINE KRAFT | THOMAS WILSON |
| EDWARD HARNEY | KURTIS REEG | W. WELSH |
| FRANCIS MORRISSEY | LEE BAKER | WILLIAM JOHNSON |
| GARY SMITH | MARK JOHNSON | WILLIAM MAHONEY |
| GERI WILLIAMS | MARK RAKOCZY | ZANE LUCAS |
| JACK BLOCK | MARY HATCH | ZENAIDA FALCON |

**E-MAILED:**

| | | |
|---|---|---|
| AMIEL GROSS | HOWARD MORRIS | MICHAEL DRUMKE |
| ANDREW DETHERAGE | J. BRADLEY | OLLIE HARTON |
| BASIL DISIPIO | JAMES MORRISON | PATRICK HAGGERTY |
| BRUCE LYON | JAMES NIQUET | PATRICK LAMB |
| BRYAN SKELTON | JASON KENNEDY | PATRICK STUFFLEBEA |
| C. DOUGLAS | JEFFREY HEBRANK | PAUL O'FLAHERTY |
| C. EVERT | JENNIFER STUDEBAKER | RAYMOND FOURNIE |
| CAROL ZUCKERMAN | JOHN BABIONE | RAYMOND MODESITT |
| CHARLES JOLEY | JOHN CANONI | REED SUGG |
| CHRISTOPHER LARSON | JOHN FONSTAD | RICHARD LAUTH |
| CHRISTOPHER LEE | JOHN KUROWSKI | RICHARD RIEGNER |
| CLARE MAISANO | JOHN SEEBOHM | ROBERT MCCOY |
| CURTIS BAILEY | JON BAROOSHIAN | ROBERT RILEY |
| CYNTHIA LOCKE | JONATHAN MATTINGLY | ROBERT SCHMIEDER |
| DANIEL DONAHUE | JOSEPH KRASOVEC | ROBERT SCHROEDER |
| DANIEL MCGRATH | JOSEPH SULLIVAN | ROBERT SPINELLI |
| DANIEL MULHOLLAND | JOSHUA LEE | ROBERT SPITKOVSKY |
| DANIEL O'CONNELL | KAYCE GISINGER | ROGER HEIDENREIC |
| DANIEL TRACHTMAN | KENNETH NUSSBAUMER | RONALD HACK |
| DAVID FANNING | KENT PLOTNER | RUSSELL SCOTT |
| DAVID SETTER | KEVIN KNIGHT | SCOTT SIMPKINS |

ER Memo and Order 11.14

Certificate of Service

**E-MAILED(con't):**

| | | |
|---|---|---|
| DAVID YBARRA | KIRK HARTLEY | SUSAN MEHRINGER |
| DENNIS CANTRELL | KNIGHT ANDERSON | THOMAS KERNELL |
| DOUGLAS KING | KURT REITZ | THOMAS TARDY |
| DOUGLAS PROCHNOW | LISA DILLMAN | TIMOTHY KAPSHANDY |
| EDWARD CASMERE | MAJA EATON | TIMOTHY KRIPPNER |
| EDWARD CRANE | MARGARET FOSTER | TOBIN TAYLOR |
| EDWARD MCCAMBRIDG | MATTHEW FISCHER | WALTER WATKINS |
| GERMAINE WILLETT | MICHAEL BERGIN | WILLIAM SHULTZ |
| | MICHAEL CASCINO | WILLIS TRIBLER |

ER Memo and Order 11.14